UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00257-ECR-PAL |
| Plaintiff, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: November 29, 2010 |
| KADARA ALLENAN KILGO, | ) | |
| Defendant. | ) | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN      Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)               NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

**IT IS HEREBY ORDERED** that Government's Motion (#8) to Dismiss the Criminal Indictment in this action, filed November 23, 2010, is **GRANTED**.


                                        LANCE S. WILSON, CLERK

                                        By     /s/
                                             Deputy Clerk